McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

Attorneys for the United States

**FILED**
May 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LORAN SIMON<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN FRANCISCO, AND COMMUNITY INITIATIVES,<br><br>Defendants. | CASE NO.  2:16-CV-2789 MCE AC<br><br>UNITED STATES' NOTICE OF ELECTION TO INTERVENE |

//
//
//

UNITED STATES' NOTICE OF ELECTION TO INTERVENE

1

Pursuant to the federal False Claims Act, 31 U.S.C. § 3730(b)(2) and (4) the United States of America (the "United States" or the "Government") hereby notifies the Court of its election to intervene in this action for settlement purposes against defendant University San Francisco. With this notice, the United States is also filing a joint notice of voluntary dismissal, together with relator, and an accompanying order dismissing this action and providing for the lifting of the seal.

Dated: May 15, 2020

                                      McGREGOR W. SCOTT
                                      United States Attorney

                    By:    /s/ GEOFFREY D. WILSON
                           GEOFFREY D. WILSON
                           Assistant United States Attorney
                           Attorneys for the United States

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that he is a contractor working on behalf of the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on May 15, 2020, he served a copy of:

**UNITED STATES' NOTICE OF ELECTION TO INTERVENE**

by placing said copy by electronic service: I caused said document(s) to be sent to the person at the electronic service listed.

Addressee(s):

Cliff Palefsky
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Email: cp@mhpsf.com

Attorney for Relator Loran Simon

*/s/ Adrian Quintero-Villegas*
ADRIAN QUINTERO-VILLEGAS

UNITED STATES' NOTICE OF ELECTION TO INTERVENE    3