McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile:  (559) 497-4099

**FILED**
May 18, 2020
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LORAN SIMON<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN FRANCISCO, AND COMMUNITY INITIATIVES,<br><br>Defendants. | CASE NO.  2:16-CV-2789 MCE AC<br><br>UNITED STATES' AND RELATOR JOINT NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION |

The United States and Relator Loran Simon hereby seek dismissal of this action pursuant to Rule 41 (a) of the Federal Rule of Civil Procedure and 31 U.S.C. § 3730(b)(1) and in accordance with the terms of their settlement agreement with Defendant University of San Francisco. In accordance with the settlement agreement, the United States and Relator seek dismissal of this action as to all Defendants: 1) with prejudice to Relator; 2) with prejudice to the United States to the extent relator's claims arise against USF under the False Claims Act relating to USF's status as the fiscal agent which applied AmeriCorps funds to support and administer the San Francisco Teacher Residency program during the 2014, 2015, and 2016 grant years (the "Covered Conduct"); otherwise, without prejudice as to the United States.

In addition, we request that only the Relator's Complaint, the United States' Notice of Election to Intervene, this Motion, and the accompanying Order be unsealed. All other papers on file in this action should remain under seal and not be made public or served upon the defendant(s) because, in discussing the content and extent of the United States' investigation, such papers are provided by law to the Court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

A proposed order accompanies this notice.

Dated: May 15, 2020

                                        McGREGOR W. SCOTT
                                        United States Attorney

By:   /s/ GEOFFREY D. WILSON
        GEOFFREY D. WILSON
        Assistant United States Attorney
        Attorneys for the United States

By:   /s/ CLIFF PALEFSKY
        CLIFF PALEFSKY
        McGuinn, Hillman & Palefsky
        Attorneys for Relator

**CERTIFICATE OF SERVICE BY U.S. MAIL**

The undersigned hereby certifies that he is a contractor working on behalf of the Office of the United States Attorney for the Eastern District of California and is a person of such age and discretion to be competent to serve papers;

That on May 15, 2020, he served a copy of:

**UNITED STATES' AND RELATOR JOINT NOTICE OF VOLUNTARY DISMISSAL OF THIS ACTION**

by placing said copy by electronic service: I caused said document(s) to be sent to the person at the electronic service listed.

Addressee(s):

Cliff Palefsky
McGuinn, Hillsman & Palefsky
535 Pacific Avenue
San Francisco, CA  94133
Email: cp@mhpsf.com

Attorney for Relator Loran Simon

>                           */s/ Adrian Quintero-Villegas*
>                           ADRIAN QUINTERO-VILLEGAS