McGREGOR W. SCOTT
United States Attorney
GEOFFREY D. WILSON
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, LORAN SIMON,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF SAN FRANCISCO, AND COMMUNITY INITIATIVES,<br><br>Defendants. | CASE NO. 2:16-CV-02789 MCE AC<br><br>**ORDER RE: THE UNITED STATES' NOTICE OF ELECTION TO INTERVENE AND JOINT NOTICE OF VOLUNTARY DISMISSAL** |

//
//
//

Having considered the Request of the United States, and for good cause shown,

**IT IS HEREBY ORDERED**

1. That all other contents of the Court's file in this action remain under seal and not be made public or served upon the defendant(s), except for Relator Complaint, the United States' Notice of Election to Intervene, United States' and Relator Joint Notice of Voluntary Dismissal of this action, and this Order.

2. The seal be lifted as to all matters occurring in this action after the date of this Order.

3. Dismissal of this action as to all Defendants: 1) with prejudice to Relator; 2) with prejudice to the United States to the extent Relator's claims are brought against USF under the False Claims Act, arising from USF's status as the fiscal agent which applied AmeriCorps funds to support and administer the San Francisco Teacher Residency program during the 2014, 2015, and 2016 grant years (the "Covered Conduct"); otherwise, without prejudice as to the United States.

4. The matter having now been concluded in its entirety, the Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: May 21, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE